AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Erik Michael Morris<br>*Defendant* | )<br>)<br>)<br>)  Case No.  24-MJ-0105-JPO<br>)<br>)<br>)<br>) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __Erik Michael Morris__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Felony Vehicular Eluding, § 18-9-116.5, CRS – Assimilated Crimes Act § 18 U.S.C. 13

Date: May 29, 2024

s/ James P. O'Hara
*Issuing officer's signature*

City and state:  Denver, CO

James P. O'Hara - Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* May 29, 2024, and the person was arrested on *(date)* June 5, 2024 at *(city and state)* Grand Junction, CO.

Date: 6/5/2024

*Arresting officer's signature*

Gregory R. Paulsen
*Printed name and title*
U.S. Park Ranger